# ORDER

Let the Writ Issue.

DATED: August 5th, 2019

_____
Honorable Susan D. Wigenton
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of **Monmouth County Correctional Facility**

WE COMMAND YOU that you have the body of

**Darryl Petlock  Reg. No 90656-038**

now confined at Monmouth County Correctional Facility, 1 Waterworks Rd, Freehold, NJ 07728, brought before the United States District Court, before the Honorable Cathy L. Waldor, United States Magistrate Judge, in the United States District Court, Martin Luther King Jr. Courthouse Building, 50 Walnut Street, Courtroom 4C, Newark, New Jersey 07102, on **August 12, 2019 at 10:00 a.m.** and before the Honorable Susan D. Wigenton, United States District Judge, in the United States District Court, Martin Luther King Jr. Courthouse Building, 50 Walnut Street, Courtroom 5C, Newark, New Jersey 07102, on **August 12, 2019 at 11:00 a.m.** so that the Detainee may appear for an Initial Appearance, Violation Hearing and Sentencing.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey.

DATED: August 5, 2019

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _Carmen D. Soto_
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

# UNITED STATES v. **Darryl Petlock- 02-30014-1**

PETITION FOR
WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum   ( ) Ad Testificandum

1. **Darryl Petlock  Reg. No 90656-038** (hereinafter the "Detainee") is now confined at Monmouth County Correctional Facility 1 Waterworks Rd, Freehold, NJ 07728

2. The Detainee is charged in this District by: ( ) Indictment   ( ) Information

( ) Complaint with a violation of 21 U.S.C § 846.

**Violation of supervised release**

3. The Detainee will be required to appear at the United States District Court, Martin Luther King Jr. Courthouse Bldg., 50 Walnut Street, Newark, New Jersey 07102, before the Honorable Cathy L. Waldor, United States Magistrate Judge on **August 12, 2019 at 10:00 a.m. for an Initial Appearance and Violation Hearing**, and the Honorable Susan D. Wigenton, on **August 12, 2019 at 11a.m. for Sentencing** in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

4. The Detainee will be returned to the custody of the detaining facility upon termination of that day's proceedings.

DATED: August 2, 2019

s/*Jason Gould*
Jason S. Gould, AUSA
Assistant U.S. Attorney
(973) 645-2776